_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

**JAN 3 0 2020**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ROSETTA IVORY ROGERS,

        Defendant.

NO. **CR20-013** JCC

INFORMATION

The United States Attorney charges that:

## COUNT 1
### *(Extortionate Communications)*

Beginning on or about August 19, 2019, and continuing through on or about September 1, 2019, within the Western District of Washington, and elsewhere, ROSETTA IVORY ROGERS, with intent to extort money from Victim 1, knowingly and willfully transmitted in interstate commerce, from the State of Texas to the State of Washington, communications, in the form of social media posts and instant messages, containing threats to injure the reputation of Victim 1.

All in violation of Title 18, United States Code, Section 875(d).

INFORMATION/ROGERS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 30th day of January, 2020.


_____
BRIAN T. MORAN
United States Attorney


_____
TODD GREENBERG
Assistant United States Attorney

INFORMATION/ROGERS - 2