THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROSETTA ROGERS,<br><br>                    Defendant. | CASE NO. CR20-0013-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to proceed with a telephonic or video sentencing (Dkt. No. 19). Having thoroughly considered the motion and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

**I.    BACKGROUND**

On February 3, 2020, Defendant pleaded guilty to one count of extortionate communications in violation of 18 U.S.C. § 875(d). (*See* Dkt. Nos. 8–10.) Defendant's sentencing hearing was initially scheduled to occur on April 21, 2020. (*See* Dkt. Nos. 12–13.) Defendant's sentencing has since been rescheduled twice due to the COVID-19 pandemic and once at Defendant's request and is presently scheduled to occur on August 25, 2020. (*See* Dkt. Nos. 13–14, 18.) Defendant now moves to proceed with her sentencing via a telephonic or video conference. (Dkt. No. 19 at 1.) Defendant "consents to a video or telephonic sentencing hearing"

and states that the Government does not oppose her request. (*See id.*)

## II.   DISCUSSION

On March 30, 2020, Chief Judge Ricardo S. Martinez issued General Order 04-20, which states in relevant part,

> The use of video conferencing or telephone conferencing for felony pleas under Fed. R. Crim. P. 11 and felony sentencings under Fed. R. Crim. P. 32 is hereby authorized provided that the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice. In cases that can be further delayed without such harm, the district judge should instead continue the sentencing or trial date.

W.D. Wash., General Order 04-20, at 2–3 (Mar. 30, 2020); *see* W.D. Wash., General Order 11-20, at 2 (July 30, 2020) (continuing General Order 04-20 through September 8, 2020).

Under General Order 11-20, in-person criminal hearings in the Seattle Courthouse of the Western District of Washington will not resume until at least September 8, 2020. *See* W.D. Wash., General Order 11-20, at 1–2 (July 30, 2020). Thus, absent the Court's intervention, Defendant cannot be sentenced in person until at least September 8, 2020, despite having pleaded guilty over six months ago. (*See* Dkt. Nos. 8–10.) Defendant will be prejudiced if her sentence is delayed until in-person hearings resume because the "parties' agreement contemplates no jail time" and Defendant has an interest in the speedy resolution of this matter. (*See* Dkt. No. 19 at 2.) The Court therefore FINDS that Defendant's sentencing "cannot be further delayed without serious harm to the interests of justice." W.D. Wash., General Order 04-20, at 2–3 (Mar. 30, 2020).

## III.   CONCLUSION

For the foregoing reasons, Defendant's motion to proceed with a telephonic or video sentencing (Dkt. No. 19) is GRANTED. Defendant's remote sentencing will occur on August 25, 2020, at 10:00 a.m.

//

//

ORDER
CR20-0013-JCC
PAGE - 2

1	DATED this 12th day of August 2020.

2

3

4

                                              John C. Coughenour
5	                                              UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
CR20-0013-JCC
PAGE - 3